## Case No. 15,406.

### UNITED STATES v. HOWLAND.

[2 Cranch, C. C. 508.] [1]

Circuit Court. District of Columbia.  Nov. Term, 1824.

BONDS FOR DUTIES—ACTIONS—EVIDENCE.

1. The United States may maintain indebitatus assumpsit. for duties not bonded.
[Cited in Stockwell v. U. S., Case No. 13,-466.]

2. The collector's books in the handwriting of a deceased clerk. are evidence for the United States.

Indebitatus assumpsit [against Thomas H. Howland] for duties not bonded.

Mr. Fendall, for defendant, contended that indebitatus assumpsit would not lie for duties; and that the collector's books, in the handwriting of a deceased clerk, were not evidence.

But THE COURT (THRUSTON, Circuit Judge, absent) overruled both objections.

---

[1] [Reported by Hon. William Cranch, Chief Judge.]